IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

        Plaintiff,                        No. CIV S-04-0672 GEB JFM P

    vs.

R. TOWNSEND, et al.,

        Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 7, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: November 28, 2005.

UNITED STATES MAGISTRATE JUDGE

/mp:001
dust0672.36(1)