IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

        Plaintiff,                     No. CIV S-04-0672 GEB JFM P

        vs.

R. TOWNSEND, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff has filed his second request for an extension of time to file a second amended complaint. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's January 3, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. No further extensions of time will be granted.

DATED: January 30, 2006.

                                                                UNITED STATES MAGISTRATE JUDGE

12/mp;dust0672.36sec(2)