IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

        Plaintiff,                     No. CIV S-04-0672 GEB JFM P

    vs.

R. TOWNSEND, et al.,

        Defendants.           FINDINGS & RECOMMENDATIONS

_____/

        By order filed October 24, 2005, plaintiff's amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. On January 30, 2006 plaintiff was granted an additional thirty days to file a second amended complaint. That period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: March 7, 2006.

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/001; dust0672.fta2