IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

     Plaintiff,                        No. CIV S-04-0672 GEB JFM P

     vs.

R. TOWNSEND, et al.,

     Defendants.             <u>ORDER</u>

_____/

         On July 30, 2007, plaintiff filed a document styled "Memorandum of Understanding, Motion for Rehearing, Reinstatement in re Questions of Exceptional Importance, Motion for Copy of Original Complaint in Order to Amend and/or Refile." This civil rights action was closed on May 16, 2006, and plaintiff's appeal was dismissed on October 5, 2006. Plaintiff is advised that no action will be taken on the document filed July 30, 2007,[1] and no orders will issue in response to future filings.

DATED: October 23, 2007.

UNITED STATES MAGISTRATE JUDGE

12;dust0672.58

---

[1] With respect to his request for a copy of the original complaint filed in this action, plaintiff is informed that the Clerks's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396. The court will provide copies of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC."