IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

      Plaintiff,

vs.

R. TOWNSEND, et al.,

      Defendants.

No. 2:04-cv-0672 GEB JFM (PC)

<u>ORDER</u>

/

      This action was closed on May 16, 2006. On January 27, 2009, the court's disposition was summarily affirmed by the United States Court of Appeals for the Ninth Circuit. On February 19, 2009, the mandate was issued by the court of appeals. On March 2, 2009, plaintiff filed in this court a document entitled "Notice of Intent to Filed Petition for Certiorari." Though filed in this court, the document is captioned for the court of appeals.

      Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send plaintiff's March 2, 2009 notice to the United States Court of Appeals for the Ninth Circuit.

DATED: March 10, 2009.

                                  UNITED STATES MAGISTRATE JUDGE

12; dust0672.cert

1